UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LNV CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-CV-468 |
| v. ) | (VARLAN/GUYTON) |
| ) | |
| CATHERINE GEBHARDT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion to File Documents Under Seal [Doc. 24], in which Plaintiff moves the Court to seal documents previously filed by the Plaintiff. Specifically, the Plaintiff moves the Court to seal Document 1-1 and Document 10-2, because the Plaintiff did not redact the social-security numbers from these documents.

Rule 5.2 of the Federal Rules of Civil Procedure provides, "Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number. . . the filing may include only . . . the last four digits of the social-security number and taxpayer-identification number . . . ." Fed. R. Civ. P. 5.2(a)(1). Rule 5.2 delineates certain exceptions to this redaction requirement, but the Plaintiff has not cited any of these exceptions to the Court. Instead, the Plaintiff moves the Court to seal Document 1-1 and Document 10-2 pursuant to Subpart (d) of Rule 5.2, which states, "The court may order that a filing be made under seal without redaction."

In this case, Plaintiff moves the Court to seal all eighteen pages of the two documents referenced. As demonstrated above, Rule 5.2 prefers redaction of portions of documents to sealing entire documents. Local Rule 26.2 expresses a similar preference. Notwithstanding, the Motion to File Documents Under Seal **[Doc. 24]** is **GRANTED**, and the Clerk of Court is **DIRECTED** to place Document 1-1 and Document 10-2 under seal. In the future, the parties are to redact information under Rule 5.2 rather than asking that entire documents be sealed.

**IT IS SO ORDERED**.

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge