UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LNV CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-CV-468-TAV-HBG |
| | ) |
| CATHERINE GEBHARDT, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02. On May 14, 2014, Defendant filed an Application to Proceed *in Forma Pauperis* [Doc. 64], in which she moves the Court to allow her to proceed *in forma pauperis* on appeal.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure, a party who moves to be permitted to proceed *in forma pauperis* on appeal must demonstrate through a detailed financial statement that the party is unable to pay or to give security for the fees and costs of the appeal. See Fed. R. App. P.

In her application, the Defendant indicates that she owns the home in which she has resided for the last twelve years. [Doc. 64 at 2]. She does not state the full address of this home. [Id. at 2]. She lists 3753 Thomas Cross Road, the real property that is subject to the note and mortgage at issue in this case, separately, and it is not clear from the application whether the Defendant resides at 3753 Thomas Cross Road. [Id. at 2-3]. Regardless, Defendant does not

give any value for the real property on Thomas Cross Road, nor does she indicate whether she has any equity in this real property.

Based upon the foregoing, the Court finds that the Defendant has not demonstrated that she should be permitted to proceed without paying the $500 filing fee or other costs. Accordingly, the Application to Proceed in Forma Pauperis **[Doc. 64]** is **DENIED**.

**IT IS SO ORDERED**.

ENTER:

_____
United States Magistrate Judge