UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LNV CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-CV-468-TAV-HBG |
| | ) | |
| CATHERINE GEBHARDT, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge H. Bruce Guyton on May 23, 2014 [Doc. 70]. In the R&R, Magistrate Judge Guyton recommended that the Court grant grant in part and deny in part plaintiff's Motion for Award of Attorney Fees [Doc. 57] and award plaintiff $35,627.36 representing the attorneys' fees and costs reasonably incurred in the matter. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 70], plaintiff's Motion for Award of Attorney Fees [Doc. 57] is hereby **GRANTED in part** and

**DENIED** in part, and plaintiff is hereby awarded **$35,627.36**, representing the attorneys' fees and costs reasonably incurred in this matter.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE