UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LNV CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-468-TAV-HBG |
| | ) | |
| CATHERINE GEBHARDT, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636 and the Rules of this

Court. On May 14, 2014, the Defendant filed her initial motion to appeal *in forma pauperis*

[Doc. 64]. The Court denied the initial motion to appeal *in forma pauperis* based upon the lack

of information about Defendant's equity in real property. The Defendant has since filed an

amended motion to appeal *in forma pauperis* [Doc. 101], which is now before the Court.

Pursuant to Rule 24 of the Federal Rules of Appellate Procedure:

> [A] party to a district-court action who desires to appeal in forma
> pauperis must file a motion in the district court. The party must
> attach an affidavit that:
>
> (A) shows in the detail prescribed by Form 4 of the Appendix of
> Forms the party's inability to pay or to give security for fees and
> costs;
>
> (B) claims an entitlement to redress; and
>
> (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(1).

The Court has reviewed the Defendant's filing [Doc. 101], and the exhibits attached thereto, and the Court finds that the Defendant has now complied with Rule 24.[1]  Based upon the foregoing, the Court finds that Defendant's amended motion to proceed *in forma pauperis* on appeal **[Doc. 101]** is well-taken, and it is **GRANTED**.  The Defendant will be permitted to proceed on appeal without prepayment of fees.

**IT IS SO ORDERED**.

ENTER:

United States Magistrate Judge

---

[1] The instant decision is not a decision on whether Plaintiff's appeal is meritorious or timely, and it should not be interpreted as such.